# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 3:20-cr-32 (CAR) |
| **JESSE CANTRELL,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER REVOKING PRETRIAL RELEASE

Defendant Jesse Cantrell appeared on September 9, 2022, for a hearing under 18 U.S.C. § 3148, on a petition for action on pretrial release. With the advice of counsel, Defendant has waived opposition to revocation of pretrial release at this time. The Court will, however, reopen the revocation proceedings at Defendant's request.

Accordingly, the Court's Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 9th day of September, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge